Michael J. Macco, Chapter 13 Trustee                                      Check No. 52250
Pay to: CLERK CI  CLERK OF THE U.S. BANKRUPTCY COURT
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 18-72721-736 | 999-0 | ADAM KOUNAS | | 0.00 | 6,485.60 | 0.00 | 6,485.60 |
| | | Original Check written to: | | | | | |
| | | ADAM KOUNAS | | | | | |
| | | P.O. BOX 261 | | | | | |
| | | 17 E. OLD COUNTRY ROAD, UNIT B | | | | | |
| | | HICKSVILLE, NY  11801 | | | | | |

UD     #258075
       12/21/18

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2018 DEC 21  P 12: 30
RECEIVED/MR