UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

ADAM KOUNAS,

                Debtor.

----------------------------------------------------------------x
In re:

CECIL GEORGE LOUDEN,

                Debtor.

----------------------------------------------------------------x

Case No. 18-72721-reg

Chapter 13

Case No. 18-44849-nhl

Chapter 13

## ORDER

       WHEREAS, an Application for Payment of Unclaimed Funds ("Louden Application") was filed by Assist Asset Recovery, Inc. ("Assist Asset Recovery"), as purported assignee of the Debtor, Cecil George Louden ("Louden") on February 20, 2023. The Louden Application was signed by Michael Brecher ("Brechner") as VP of Assist Asset Recovery and it seeks to recover $2,200 in funds ("Unclaimed Funds") that were unclaimed by Louden at the conclusion of his chapter 13 case. Accompanying the Louden Application were both: (a) a Limited Power of Attorney, dated February 14, 2023, signed by Louden, granting Assist Asset Recovery the power to perform any act to acquire the Unclaimed Funds, and (b) an Assignment by Louden to Assist Asset Recovery of all of Louden's rights, title and interest in the Unclaimed Funds ("Assignment"). The Assignment also provided Assist Asset Recovery the right to 33% of the Unclaimed Funds; and

       WHEREAS, a similar Application for Payment of Unclaimed Funds ("Kounas Application") was filed by Assist Asset Recovery in the case of Adam Kounas ("Kounas") in the amount of $6,485.60, including a similar Assignment and Limited Power of Attorney.

       Now, therefore, it is

       ORDERED, that **Louden, Kounas, and Brechner are directed to appear in person at a hearing to be held on July 24, 2023 at 9:30 a.m.** in Courtroom 860 of Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, NY and show cause why the Louden and Kounas Applications for unclaimed funds should be granted, and if they are to be granted to whom should the checks be issued; and it is further

ORDERED, that the Clerk shall serve a copy of this Order upon Louden, Kounas, Brechner, Assist Asset Recovery, the chapter 13 trustee, and office of United States trustee, on or before June 12, 2023.



Dated: Central Islip, New York
June 1, 2023

_____
Robert E. Grossman
United States Bankruptcy Judge