# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 6/1/2023 |
| Case: 8−18−72721−reg | Form ID: pdf000 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
ust       United States Trustee        USTPRegion02.LI.ECF@usdoj.gov
tr        Michael J. Macco             ecfmacco@trustee13.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Adam Kounas       P.O. Box 261       17 E. Old Country Road, Unit B       Hicksville, NY 11801
          Michael Brecher VP of        Assist Asset Recovery, Inc.       5314 16th Ave. Suite 222       Brooklyn, NY 11204
          Cecil George Louden       594 Wyona St       Brooklyn, NY 11207
          U.S. Trustee       United States Trustee       Long Island Federal Courthouse       560 Federal Plaza − Room 560       Central Islip, NY 11722−4437
          Office of the United States Trustee       Eastern District of NY (Brooklyn Office)       U.S. Federal Office Building       201 Varick Street, Suite 1006       New York, NY 10014

TOTAL: 5